**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Tony Don,                                                                Civ. No. 16-103 (ADM/SER)

           Plaintiff,

v.                                                                     **ORDER**

Steve Hammer,

           Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated March 8, 2016. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY RECOMMENDED that Grounds One, Three, and Five of petitioner Tony Don's petition for a writ of habeas corpus [ECF No. 1] be DENIED.

Date: April 1, 2016

                                                                    s/Ann D. Montgomery
                                                                    Ann D. Montgomery
                                                                    United States District Judge